UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Marva LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC, *et al.*,<br><br>Defendants. | Case No.: 21-cv-01385-JAH-BGS<br><br>**ORDER**<br><br>**[ECF 31]** |
|---|---|

The parties contacted the Court with discovery disputes on April 7, 2023 (ECF 27), and April 25, 2023 (ECF 30).  On April 28, 2023, the Court held a telephonic discovery conference with the parties, addressing the two disputes.  (ECF 31.)

The parties' first dispute involves Request for Production (RFP) 66 in Defendant's First Set of RFPs.  Specifically, Defendants seek Plaintiff's wage statements from United Health since her termination from CoreCivic.  After hearing from both parties, the Court ORDERS that Plaintiff provide the requested wage statements on or before May 12, 2023.  In the event Plaintiff fails to do so, Plaintiff is to contact Judge Skomal's Chambers with an explanation for failing to do so.

The parties' second dispute involves Defendants' request that Plaintiff stipulate to undergoing an independent medical examination (IME) under Federal Rule of Civil Procedure 35. Rule 35 provides the following:

> The court where the action is pending may order a party whose mental or physical condition . . . is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner. The court has the same authority to order a party to produce for examination a person who is in its custody or under its legal control.

Fed. R. Civ. P. 35. After hearing from both parties, the Court ORDERS that the parties file a joint brief, up to five pages for each party, on or before May 12, 2023. Specifically, the parties shall address whether under Rule 35, Plaintiff's "mental or physical condition" "is in controversy" such that she may be ordered to submit to a physical or mental examination.

**IT IS SO ORDERED**.

Dated:  May 1, 2023

_____
Hon. Bernard G. Skomal
United States Magistrate Judge